**CALLAGHAN THOMPSON & THOMPSON, P.A.**
William A. Thompson, III, Esq.
2428 Atlantic Avenue
Atlantic City, NJ 08401
(609) 348-5300
ID #027851985
Attorney for Defendants Skyline Condominium Association
and Thompson Realty Company

*FILED*
JEANNE A. NAUGHTON, CLERK
APR 24 2017
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

| | |
|---|---|
| In Re:<br><br>FRANCES HAQUE<br><br><br>Debtor<br><br>FRANCES HAQUE<br>        Plaintiff,<br><br>vs.<br><br>SKYLINE CONDOMINIUM ASSOCIATION,<br>THOMPSON REALTY COMPANY;<br>CALLAGHAN, THOMPSON & THOMPSON,<br>PA and WILLIAM A. THOMPSON, III,<br>ESQUIRE<br><br>        Defendant, | **Case No.:** 13-36691-ABA<br>**Chapter 7**<br><br><br><br><br><br><br>**Adversary No.:** 17-01117-ABA<br><br>**CERTIFICATION IN OPPOSITION<br>TO MOTION** |

    Dennis Thompson, located at 1613 Atlantic Avenue, Atlantic City, New Jersey 08401 states and says:

    1.    I am the President of defendant Thompson Realty Company in the above captioned matter.

    2.    I have been made aware of a potential conflict with the representation of Thompson Realty Company by William A. Thompson, III and have signed a written waiver consenting to the representation in this matter.

3. I have now been made aware of the Motion to disqualify William A. Thompson, III from representing my company and I oppose the Motion because I still wish William A. Thompson, III to represent Thompson Realty in this matter.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 4/21/17

Dennis Thompson
President