**CALLAGHAN THOMPSON & THOMPSON, P.A.**
William A. Thompson, III, Esq.
2428 Atlantic Avenue
Atlantic City, NJ 08401
(609) 348-5300
ID #027851985
Attorney for Defendants Skyline Condominium Association
and Thompson Realty Company

**FILED**
JEANNE A. NAUGHTON, CLERK
APR 26 2017
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

| | |
|---|---|
| In Re:<br><br>FRANCES HAQUE<br><br>Debtor<br><br>FRANCES HAQUE<br>      Plaintiff,<br><br>vs.<br><br>SKYLINE CONDOMINIUM ASSOCIATION, THOMPSON REALTY COMPANY; CALLAGHAN, THOMPSON & THOMPSON, PA and WILLIAM A. THOMPSON, III, ESQUIRE<br><br>      Defendant, | Case No.: 13-36691-ABA<br>Chapter 7<br><br><br><br><br><br>Adversary No.: 17-01117-ABA<br><br>**CERTIFICATION IN OPPOSITION TO MOTION** |

Monte Harmon, located at 1613 Atlantic Avenue, Atlantic City, New Jersey 08401 states and says:

1. I am the President of defendant Skyline Condominium Association.

2. I have been made aware of a potential conflict with the representation of Skyline Condominium by William A. Thompson, III and have signed a written waiver consenting to the representation in this matter.

3.  I have now been made aware of this Motion to disqualify William Thompson, III from representing the Association and I oppose the Motion because the B still wishes William A. Thompson, III to represent the Association in this matter.

I certify that the foregoing statements made by me are true. I understand that if an the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 4/22/17

Monte Harmon
President