# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

SUBRANNI ZAUBER LLC
Willow Ridge Executive Office Park
750 Route 73 South, Suite 307B
Marlton, NJ 08053
(609) 347-7000; Fax: (609) 345-4545
By:    William P. Rubley, Esq.  WR4169
*Attorneys for Plaintiff, Frances Haque*

| | |
|---|---|
| In Re:<br><br>FRANCES HAQUE<br><br>Debtor<br><br>FRANCES HAQUE<br><br>Plaintiff.<br><br>v.<br><br>SKYLINE CONDOMINIUM ASSOCIATION, THOMPSON REALTY COMPANY; CALLAGHAN THOMPSON & THOMPSON, PA and WILLIAM A THOMPSON, III, ESQUIRE<br><br>Defendant. | **Case No.: 13-36691-ABA**<br>**Chapter 7**<br><br><br><br><br><br>**Adversary No.: 17-01117-ABA** |

## Stipulation of Dismissal

Please TAKE NOTICE that this case is hereby dismissed with prejudice and without taxation of costs.

| | |
|---|---|
| SUBRANNI ZAUBER LLC<br>Attorneys for Plaintiff | ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>Attorneys for Callaghan Thompson &<br>Thompson, PA and William A. Thompson, III |
| /s/William P. Rubley<br>By: William P. Rubley, Esq. | /s/Jason S. Feinstein<br>By:    Jason S. Feinstein, Esquire |

CALLAGHAN, THOMPSON, & THOMPSON, PA
Attorneys for Skyline Condominium Association


   /s/William A. Thompson, III
By:  William A. Thompson, III